UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

KEITH DOUGLAS GATTIS, individually,

     Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS, LLC,        **JURY DEMAND**
a foreign limited liability company,

     Defendant.

_____/

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1.     Plaintiff KEITH DOUGLAS GATTIS alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") against Defendant DYNAMIC RECOVERY SOLUTIONS, LLC.  Plaintiff alleges that Defendant unlawfully failed to disclose that it is a debt collector during communication with the Plaintiff.

## JURISDICTION AND VENUE

2.     This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), as this is a civil action arising under the laws of the United States.

3.     This Court has personal jurisdiction over the Defendant because the telephone call forming the basis of this action were placed by the Defendant into this District, and because Defendant conduct business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4.     Venue in this District is proper because the Plaintiff resides here and received telephone calls from Defendant within this District.

## PARTIES

5.   Plaintiff KEITH DOUGLAS GATTIS is a natural person and a citizen of the State of Florida, residing in Broward County, Florida.   Said Plaintiff is the cellular account holder-owner and has dominion over the cellular telephone that Defendant was calling.

6.   Defendant DYNAMIC RECOVERY SOLUTIONS LLC ("Dynamic Recovery") is a debt collector that operates from offices located at 135 Interstate Boulevard, Suite 6, Grenville, SC 29615; Plaintiff further alleges that Commonwealth is a citizen of the State of South Carolina.

7.   Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

8.   Defendant regularly collects or attempts to collect consumer debts for other persons.

9.   Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692(a)(6).

## FACTUAL ALLEGATIONS

10.   In 2008, the Plaintiff obtained several unsecured payday loans.

11.   Plaintiff obtained these loans for primarily personal, household, and family purposes, to wit: to pay personal household bills.

12.   The aforementioned accounts became delinquent, with a balance allegedly still owing.

13.   Defendant Dynamic Recovery was subsequently engaged to attempt to collect this debt.

14.   Dynamic Recovery subsequently discovered Plaintiff's cellular telephone number, and an agent of Dynamic Recovery called said cellular telephone and left the following voicemail in an effort coerce the Plaintiff into paying the allege debt:

> Hi, I'm reaching out to you today from Dynamic Recovery Solutions, please give me a call when you receive this message, my number is 866-613-5397.  I would appreciate a callback today

if at all possible.  Again our toll free number is 866-613-5397, and
I appreciate your cooperation.

15.     This message failed to disclose that the caller was a debt collector as required by 15

U.S.C. § 1692e(11) of the FDCPA.

## COUNT I
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

16.     Plaintiff incorporates paragraphs 1 through 15 herein.

17.     Defendant violated the FDCPA by failing to disclose that the caller was a debt collector

as required by 15 U.S.C. § 1692e(11).  See Foti v. NCO Financial Systems, Inc., 424 F.

Supp. 2d 643, 669 (S.D.N.Y. 2006).

WHEREFORE, Plaintiff KEITH DOUGLAS GATTIS requests that the Court enter

judgment in favor of Plaintiff and against Defendant DYNAMIC RECOVERY SOLUTIONS,

LLC. for:

    a.   actual damages;

    b.   statutory damages of $1,000.00;

    c.   attorney's fees, litigation expenses, and costs of the instant suit, and;

    d.   such other or further relief as the Court deems just and proper.

### JURY DEMAND

Plaintiff demands trial by jury.

Dated this 27th day of March, 2013.

BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
1001 N. Federal Hwy., Ste 106
Hallandale Beach, Florida 33009
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

3

By: <u>/s/ Bret L. Lusskin, Esq.</u>
Bret L. Lusskin, Esq.
Florida Bar No. 28069